IN THE UNITED STATES DISTRICT COURT
FOR THE ~~█████~~ MIDDLE DISTRICT OF ALABAMA

RECEIVED
2:20-cv-00707-ECM-JTA
2020 SEP -4  A 10: 26

MACK AUTHER FOREMAN-JR

Inmate Identification Number: 200291

_____

(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

MS. SAGE PAMELA STATON, MAIL ROOM LADY THAT DO MAIL

(Enter above full name(s) of the defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( )        No ( ✓ )

   B.  If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.

      1.  Parties to this previous lawsuit:

         Plaintiff(s): MACK AUTHER FOREMAN-JR

         Defendant(s): MS. SAGE PAMELA

2. Court (if Federal Court, name the district; if State Court, name the county) SOUTHERN DISTRICT COURT OF ALABAMA

3. Docket number 19-0204-CG-MU

4. Name of judge to whom case was assigned MAGISTRATE JUDGE NAME, P. BRADLEY MURRAY

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) STILL PENDING

6. Approximate date of filing lawsuit DATE FILED - 4-24-2019

7. Approximate date of disposition N/A

II. Place of present confinement STATON CORR. FACILITY

A. Is there a prisoner grievance procedure in this institution?
Yes ( ✓ )   No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( ✓ )   No ( )

C. If your answer is YES:

1. What steps did you take? FIRST REQUEST SLIP SECOND GRIEVANCE FORM

2. What was the result? NO-HELP NO-HELP

D. If your answer is NO, explain why not? NOW I DID A REQUEST SLIP AND A GRIEVANCE FORM TO THE MINISTRATION AT STATON CORR. FACILITY PRISON.

2

III. **Parties**

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) MACK AULTHER FOREMAN-JR STATON. CORR. FACILITY.
Address 2690 MARION SPILLWAY-RD. ELMORE, ALABAMA, 36025

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant MS. SAGE PAMELA
is employed as STATON. MAIL ROOM.
at STATON. CORRECTIONAL. FACILITY. 2690 MARION SPILLWAY-RD.

C. Additional Defendants ELMORE, ALABAMA, 36025

IV. **Statement of Claim**

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

SEE ATTACTED SHEET ON BACK PAGE OKAY...

3

SEE ATTACHED SHEET ON PAGE OKAY...

## V. RELIEF

State briefly *exactly* what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

SEE RELIEF SHEET THAT ARE CONNECTED

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on AUGUST, 6TH, 2020

MACK AUTHER FOREMAN-JR
STATON. CORR. FACILITY,
2690 MARION SPILLWAY-RD.
ELMORE, ALABAMA, 36025

*Mack Auther Foremen-JR*
Signature(s)

# ATTACTED SHEET ①

## STATEMENT OF CLAIM AND FACTS OF YOUR CASE INVOLVED THE DEFENDANT SAGE PAMELA

## INSTITUTION

## MAIL

## TAMPERING

FEDERAL OFFENSE, NOW COME'S PLAINTIFF(S) MACKAUTHER FOREMAN-JR, A.I.S. NUMBER-200292-AT CAMP STATON. CORRECTIONAL FACILITY. SECURITY LEVEL-4- OF THE, A.D.O.C.

NOW THE MAIL LADY, MS. SAGE PAMELA DON'T HAVE THE RIGHT TO OPEN UP OUT GOING MAIL, NOW SHE DON'T HAVE THE AUTHORTY TO OPENING INMATE'S MAIL THAT ARE GOING OUT THIS STATON. CORRECTIONAL FACILITY. PRISON AND READ IT, IT'S IS A FEDERAL READ THE INMATE

②

MAIL, SEE CASE,

WALKER. V.S. NAVARRO CONTY. JAIL, 4F.3D 410, 413 (1993)

AND SEE CASE NUMBER'S

MAIL, LEGAL (OR) NON-LEGAL

BREWER. V. WILKINSON, 3F.3D 816, 820 (5TH CIRCUIT 1993)

THE MAIL LADY, MS. SAGE PAMELA OPENING UP MY OUT GOING MAIL AND SHE GAVE MY MAIL TO THE LIEUTENANT ████████ AT STATON CORRECTIONAL FACILITY OUT OF READING IT, AND THAT MAIL WAS GOING OUT THIS STATON PRISON TO MY FATHER, MR. MACK AUTHER FOREMAN-SR. TO GET MY COUSIN, MR. TONY CHAMBERS, HIS-A.I.S., NUMBER-IS, 163027, FOR A CLOTHING AND HYGIENE PACKAGE ON JULY, 26, 2020 IN MY COUSIN NAME SO MY FATHER CAN ORDER HIM A BOX AND BUY IT

FOR HIM TO BUY HIM SOMETHING BECAUSE HE DON'T HAVE NOTHING ARE GETTING NOTHING IN THIS STATON PRISON FACILITY ▬▬ AT STATON MY COUSIN BEEN FOR YEAR'S AND MY FATHER JUST WAS GONE HELP MY COUSIN, MR. TONY CHAMBERS OUT SO HE CAN HAVE SOMETHING LIKE EVERYBODY ELSE IN THIS PRISON STATON OKAY AND MACK AULTHER FORE- -MAN-JR, ALREADY HAVE A HYGIENE PACKAGE BOX'S COMEING FROM MY AUNT ADIE WALKER THAT IS COMEING IN MACK AULTHER FOREMAN-JR, NAME AND I AND MY DADDY WAS JUST TRYING TO HELP MY COUSIN OUT IN THIS PRISON THAT AIN'T GOT NOTHING IN THIS PRISON STATON CORRECTIONAL FACILITY, AND THE MAIL LADY, MS. SAGE PAMELA DON'T HAVE NO-BUSINESS OPENING UP OUT GOING MAIL THAT GOING OUT THIS STATON FACILITY PRISON BY INMATE'S AND READING THE INMATE'S PERSONAL MAIL, SHE CAN'T DO THAT ARE SHE DON'T SUPPOSE TO... NOW MR. MACK

AUTHER FOREMAN-JR, UNDERSTAND THAT MAIL THAT ARE COMEING INTO THIS PRISON AT STATON CORRECTIONAL FACILITY THEY SUPPOSE TO CHECK IT, SO WE ARE INMATE'S AND INMATE'S ARE PRISONER WANT GET NOTHING INTO THIS STATON PRISON IS ILLEGAL TO STATON FACILITY OKAY, NOW I UNDERSTAND THAT BECAUSE THAT'S MAIL IS COMEING FROM THE FREE WORLD SOCIETY AND BY THE MAIL LADY, MS. SAGE PAMELA OPENING UP MY MAIL THAT IS GOING OUT THIS PRISON STATON AND GET IT AND GIVEING IT TO THE LIEUTENANT OPEN BEFORE IT HADE THE CHANCE TO LEAVE THIS STATON CORRECTIONAL FACILITY PRISON AND BY THE MAIL LADY, MS. SAGE PAMELA OPENING MY MAIL BEFORE IT LEFT THIS STATON FACILITY, SHE DID VIOLATED MY FIRST AMENDMENT RIGHT'S AND MY FIRST AMENDMENT RIGHT'S, SAY'S, THAT RELIGIOUS AND POLITICAL FREEDOM. CONGRESS SHALL MAKE NO LAW RESPECTING AN ESTABLISHMENT

⑤

OF RELIGION, OR PROHIBITING THE FREE EXERICE THERE OF; OR ABRIDGING THE FREEDOM OF SPEECH, OR OF THE PRESS; OR THE RIGHT OF THE PEOPLE PEACEABLY TO ASSEMBLE, AND TO PETITION THE GOVERNMENT FOR A REDRESS OF GRIEVANCES., AND MS. SAGE PAMELA HAVE VIOLATED THIS RIGHT OKAY, AND MY CONSTITUT-ION RIGHT NUMBER (2) TWO, SAY THE CITIZENS OF THE UNITED STATES ARE CITIZENS OF THE STATE OF ALABAMA.. THAT ALL PERSONS RESIDENT IN THIS STATE, BORN IN THE UNITED STATES, OR NATURALIZED, OR WHO SHALL HAVE LEGALLY DECLARED THEIR INTENTION TO BECOMES CITIZERS OF THE UNITED STATES, ARE HEREBY DECLARED CITIZENS OF THE STATE OF ALABAMA, POSSESSING EQUAL CIVIL AND POLITICAL RIGHT'S, SO BY YOU IS VIOLATEING MY RIGHT'S, MS. SAGE PAMELA, I AS MR. MACK AUTHER FOREMAN-JR, GOT TO SUIT YOU WITH THIS LAW SUIT ABOUT OPENING UP OUT GOING MAI

OF THIS STATON CORRECTIONAL FACILITY PRISON. THAT DON'T SUPPOSE TO BE OPEN WITH POSTAGE STAMP'S ON IT TO GO OUT THIS STATON FACILITY PRISON SO YOU ARE VIOLATEING THE INMATE'S RIGHT'S OF THEY PRIVACY WITH THEY FAMILY IN THE FREE WORLD SOCIETY BY INMATE'S SEALING THEY MAIL UP AND PUTTING POSTAGE STAMP'S ON THE OUT SIDE OF THE ENVELOPE TO GO OUT IN TO THE FREE WORLD SOCIETY, SO BY THE MAIL LADY OPENING UP INMATE'S MAIL BEFORE IT GO OUT AND READING IT, SHE IS REALLY BREAKING MEN'S PRIVACY WITH HIS HOME AND HIS FAMILY, SO SHE DON'T SUPPOSE TO BE OPENING UP OUT OUT GOING MAIL... NOW THE LIEUTENANT CALL MACK AUTHER FOREMAN-JR, UP FRONT TO HALL ONE DOOR AND ASK ME SOME QUESTION ABOUT THE PACKAGE BOX LIST FOR MEN'S HYGIENE AND CLOTHING FOR AUGUST, 20, 2020, FOR MY COUSIN, SO THE LIEUTENANT AT STATON. CORRECTIONAL FACILITY

⑰

PRISON TALK TO MACK AUTHER FOREMAN-JR, ABOUT THE SITUATION THAT IN SOMEBODY ELSE NAME GOING TO MACK FATHER, AND I TOLD THE LIEUTENANT THAT, THAT'S INMATE IS MY FIRST COUSIN AND THAT MAIL LADY AIN'T SUPPOSE TO GO IN TO MY MAIL PERIOD THAT ADDRESS TO MY FAMILY THAT IS GOING OUT THIS PRISON FACILITY AT STATON ■ TO THE FREE WORLD SOCIETY TO MY FAMILY AND OUT OF, THIS FACILITY ■ BY MACK AUTHER FOREMAN-JR, A.I.S., NUMBER, 200291-■ AND, I, TOLD LIEUTENANT THAT SHE AIN'T SUPPOSE TO OPENING MY MAIL GOING OUT THIS PRISON AND THE LIEUTENANT TOLD, MR. MACK AUTHER FOREMAN-JR, THAT HE WILL GET BACK WITH ME ON THIS PACKAGE BOX SITUATION, SO I, MR. MACK AUTHER FOREMAN-JR, LEFT THE DOOR OF HALL ONE UP FRONT, AND NOW I AM WAITING ON TO SEE WHAT HE IS GONE DO ARE SAY ABOUT THE SITUATION ON TRYING TO HELP MY FIRST COUSIN OUT WITH A



⑧

HYGIENE PACKAGE BOX, THAT'S MY MOTHER, BROTHER SON, MR. TONY CHAMBERS, SO THAT MAKE HIM MY COUSIN, MY FIRST COUSIN IN THE FAMILY, AND HERE IS THE PACKAGE LIST THAT WAS SUPPOSE TO BEEN GOING OUT TO MY FAMILY ON JULY, 26, 2020. BUT THE MAIL LADY MS. SAGE PAMELA, KEPT IT, AND NEVER SENT IT OUT TO MY FAMILY SHE GAVE IT TO THE LIEUTENANT OUT OF OPENING IT UP AND READ IT, SHE PUT A YELLOW STICKER ON IT SAYING I AM TRYING TO GET A PACKAGE IN MY COUSIN NAME, MR. TONY CHAMBERS. A.I.S. NUMBER. IS-163021 AND WHAT THE MAIL LADY, MS. SAGE PAMELA, DID'NT KNOW, THAT, ~~~~ THIS IS MY FIRST COUSIN BY MY MOTHER BROTHER OKAY AND THE MAIL LADY MS. SAGE PAMELA, IS IN THE VIOLATION OF MY RIGHT'S, SHE REALLY VIOLATED THE RIGHT'S AND THE MAIL RULE'S, BY THESE CASE'ES THAT ARE BELOW,

⑨

2020. V.S. DIST. LEXIS 28893

SIMS. V. TERREBONNE PARISH CRIM. JUSTICE COMPLEX

2020. V.S. DIST. LEXIS (19)

WOLFF. V. McDONNELL, 418, V. 539, _____ 575-76

AND THESE CASE'ES BACKED UP WHAT I AM SAYING ABOUT ON THE MAIL DON'T SUPPOSE TO BE TAMPER WITH GOING OUT OF THIS STATON. CORRECTIONAL, FACILITY PRISON., IN ELMORE COUNTY, AND NOW IT IS TO LATE FOR MY COUSIN TO GET A PACKAGE HYGIENE CLOTHING BOX NOW BECAUSE IT IS ALREADY AUGUST, OF, 2020, AND MACK AUTHER FOREMAN JR, PUT THAT PACKAGE LIST IN THE MAIL WINDOW, JULY, 26,



2020, AND THE LAST DAY TO SEND A MONEY ORDER IN, ARE MAIL THE PACKAGE HYGIENE AND CLOTHING BOX'S-IN IS AUGUST, 13TH, 2020, TO GET IT IN SEPTEMBER, OF, 2020, OKAY,.... NOW I, MR. MACK AUTHER FOREMAN-JR, HAVE PULL UP TO THE MAIL ROOM DOOR PLENTY OF TIME'S GOING TO THE, LAW-LIBRARY, AND MS. SAGE PAMELA, BE GOING INTO INMATE'S MAIL, AND SHE HAVE A GRAY DEVICE, THAT SHE OPENING UP MAIL WITH, AND I HAVE SAW HER PLENTY OF TIME'S GOING, IN TO, INMATE'S MAIL.... NOW I HAVE SAW HER DO YHAT BUT I NEVER THOUGHT SHE WOULD GO INTO MY PERSONAL MAIL THAT I AM SENDING OUT OF THIS STATON CORRECTIONAL FACILITY. PRISON. BUT NOW THE MAIL LADY MS. SAGE PAMELA, THE WENT IN MY PERSONAL MAIL GOING OUT OF THIS PRISON OKAY... NOW OTHER INMATE'S AIN'T DOING NOTHING ABOUT IT THEY JUST ACCEPTING IT, BUT MR.



MACK AUTHER FOREMAN-JR, IS... BECAUSE WE CAN'T HAVE THAT GOING ON IN THIS PRISON SYSTEM.. SHE AIN'T ABOVE THE LAW AND THE HUMAN RIGHT'S JUST BECAUSE SHE WORK FOR THE ALABAMA DEPARTMENT OF CORRECTIONAL MAIL DEPARTMENT SERVICE OF THE MAIL ROOM AT STATON CORRECTIONAL FACILITY PRISON.. NOW MIDDLE DISTRICT COURT OF ALABAMA NEED TO LOOK IN TO THIS MATTER AT THIS STATON.CORRECTIONAL.FACIL -ITY.PRISON., AND I LEAVEL AS I COME IN PEACE, SO I PRAY...

MR. mack AUTher Foremann-JR
MR. MACK AUTHER FOREMAN-JR, 20029
A.I.S. NUMBER-IS- 200291
STATON.CORR.FACILITY.
2690 MARION SPILLWAY-RD.
ELMORE, ALABAMA. 36025

# RELIEF::

STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.. MAKE NO LEGAL ARGUMENTS CITE NO CASES OF STATUTES..

NOW MR. MACK AUTHER FOREMAN-JR, WANT THE COURT'S TO PUT A STOP TO THE MAIL LADY, MS. SAGE PAMELA, BY GOING INTO INMATE'S MAIL WHEN IT IS GOING OUT THIS STATON CORRECTIONAL FACIL-ITY PRISON, THAT IS ALREADY HAVE GOT POSTAGE STAMP'S ON THE ENVELOPE THAT IS ALREADY ADDRESS TO THE INMATE FAMILY THAT THE INMATE HAVE ALREADY SEALED THE ENVELOPE UP BEFORE THE INMATE PUT IT IN THE MAIL ROOM WINDOW FOR TO GO OUT TO HIS FAMILY OKAY.. SO THE MAIL LADY, MS. SAGE PAMELA, SHOULD BE PUNISH BY THE COURT'S OF THE MIDDLE DISTRICT OF ALABAMA...

MACK AUTHER FOREMAN-JR.
200292-F-DORM-3-BAY
-BED-4-A
STATON.CORR. FACILITY.
2690 MARION SPILLWAY-RD.
ELMORE, ALABAMA 36025



Montgomery P&DC 360
THU 03 SEP 2020 PM

"THIS CORRESPONDENCE IS FORWARDED
FROM AN ALABAMA STATE PRISON. THE CONTENTS
HAVE NOT BEEN EVALUATED, AND THE ALABAMA
DEPARTMENT OF CORRECTIONS IS NOT RESPONSIBLE
FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED
COMMUNICATION"

OFFICE OF THE CLERK
UNITED STATES DISTRICT
COURT...
MIDDLE DISTRICT OF
ALABAMA...
1-CHURCH STREET,
-SUITE-B-110
MONTGOMERY, ALABAMA.
36104-4018

3