RECEIVED
2021 APR 28 A 8:41
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

MACK AUTHER FOREMAN, JR.,
A.I.S. # 200291
   PLAINTIFF

V

CASE NO:
2:20-CV-707-ECM-JTA

MS. S
MS. SAGE PAMELA
MAIL LADY AT STATON
CORR. FACILITY,
   DEFENDANT

MOTION TO STRAIGHTING OUT PAYMENT TO THE MIDDLE DISTRICT COURT

NOW MIDDLE DISTRICT COURT LAW BOOK'S STATE'S TO PAY 20% TO THE COURT ONCE A MONTH AND THE COURT BEEN TAKEING MONEY EVERY TIME I DO GET MONEY IN THIS STATON PRISON. NOW COURT OF THE MIDDLE DISTRICT DON'T GET ME WRONG I WANT TO PAY THE COURT THEY MONEY BUT I GOT TO SURVIVE IN

THIS PRISON, I NEED DEORDERANT
I NEED LOTION AND I NEED SOAP
AND TOOTHPASTE AND I NEED DENTAL FLOSS
FOR MY TOOTH'S IN MY MOUTH, SO BE REASONABLE MIDDLE DISTRICT COURT I AM IS
SEND YOU A STORE LIST WHAT EVERYTHING
COST ON THE STORE OKAY...

DONE THIS THE 26TH DAY OF
APRIL ~~MARCH~~ , OF 2021


Mock Aulther Foreman-JR
MACK AULTHER FOREMAN-JR- 200291
STATON. CORR. FACILITY.
26900 MARION SPILLWAY-RD.
ELMORE, ALABAMA, 36025

200291-C-DORM.
ONE BAY-BED-5-A.
STATON. CORR. FACILITY.
2690 MARION SPILLWAY-RD.
ELMORE, ALABAMA.
36025



Montgomery P&DC 360
TUE 27 APR 2021 PM



"THIS CORRESPONDENCE IS FORWARDED FROM AN ALABAMA STATE PRISON. THE CONTENTS HAVE NOT BEEN EVALUATED, AND THE ALABAMA DEPARTMENT OF CORRECTIONS IS NOT RESPONSIBLE FOR THE SUBSTANCE OR CONTENT OF THE ENCLOSED COMMUNICATION."

UNITED STATES DISTRICT COURT,
MIDDLE DISTRICT OF ALABAMA,
ONE CHURCH STREET, SUITE
-SUITE-B- 110
MONTGMERY, ALABAMA.
36103-4018