IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK AUTHUR FOREMAN, JR., <br> AIS 200291, <br><br> Plaintiff, <br><br> v. <br><br> MS. SAGE PAMELA, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL CASE NO. 2:20-cv-707-ECM <br> ) (WO) <br> ) <br> ) <br> ) |

**MEMORANDUM OPINION and ORDER**

On March 24, 2023, the Magistrate Judge entered a Recommendation (doc. 72) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to prosecute this action and respond to the orders of the Court.

A separate Final Judgment will be entered.

DONE this 21st day of April, 2023.

/s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE